# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sabina Rajasundaram, et al., | No. CV-20-01544-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Maricopa County Community College District, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 50) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 12th day of August, 2022.

Honorable Steven P. Logan
United States District Judge